BELL TRADING CO., INC., v. SIDNEY G. HARNETT, as Chancellor Commander of LODGE NO. 441 OF CONEY ISLAND KNIGHTS OF PYTHIAS.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal to be filed on or before February 21, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.